# Court of Appeals
# of the State of Georgia

ATLANTA,  April 05, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0275. WILLIAM MORRIS MCCAVEY v. DEBRA ELAINE MCCAVEY, et al.**

William Morris McCavey filed a civil action against his ex-wife and several other defendants. The trial court granted the defendants' motions to dismiss, and McCavey filed this application for discretionary review.

The superior court's order appears to be final, and no provision of OCGA § 5-6-35 (a) appears to apply. Therefore, the order is subject to direct appeal.

Ordinarily, we will grant a timely application when the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). In this case, however, it appears that McCavey has already filed a notice of appeal from the trial court's order. Accordingly, this application is superfluous, and it is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  04/05/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*